IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE HUFF,

    Petitioner,

v.                                                     CASE NO. 4:04cv308-RH/WCS

JAMES V. CROSBY,

    Respondent.

_____/

## ORDER DENYING § 2254 PETITION

     This matter is before the court on the magistrate judge's report and recommendation (document 20), and the objections thereto (document 21). I have reviewed de novo the issues raised by the objections. I conclude that the report and recommendation is correct and should be adopted as the opinion of the court, with this additional note.

     Petitioner stands convicted of stabbing a person who was highly intoxicated and had only a limited recollection of the events at issue. It was (and is) undisputed that the petitioner did indeed stab the person. Petitioner asserted at trial, however, that he did so in self defense. The jury rejected the defense, as it

was entitled to do on this evidence. Petitioner's account of what happened was at least somewhat implausible and was at least somewhat inconsistent with the physical evidence. And petitioner fled after the stabbing, a fact somewhat, though not necessarily, inconsistent with petitioner's claim of self defense.

One of petitioner's weakest claims in this court is his challenge to admission of a photograph of the victim's surgical scar. The photograph is not in this record, but the report and recommendation is surely correct in concluding that admission of the photograph affords no basis for relief in this court. The state will nonetheless be afforded an opportunity to file the photograph so that, if petitioner attempts to assert on appeal that this claim could not properly have been rejected without reviewing the photograph, it will be available to the appellate court.[1]

For these reasons and those set forth in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging petitioner's conviction in the Circuit Court, Second Judicial Circuit, Leon County, Florida, case number 95-2254, for aggravated battery with a

---

[1] If the state so requests by motion submitted within 10 days after entry of this order, I will review the photograph and, assuming the review does not change the conclusion that it affords no basis for relief, enter an order confirming that conclusion.

*Case No: 4:04cv308-RH/WCS*

deadly weapon or causing great bodily harm is DENIED with prejudice."

Petitioner's motion to appoint counsel (document 22) is DENIED. The clerk shall close the file.

    SO ORDERED this 27th day of August, 2005.

                                                                s/Robert L. Hinkle  
                                                                Chief United States District Judge