IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE HUFF,

    Petitioner,

v.                                            CASE NO. 4:04cv308-RH/WCS

JAMES McDONOUGH,

    Respondent.

_____/

## ORDER DENYING MOTION FOR BELATED APPEAL

This matter is before the court on the magistrate judge's report and recommendation (document 31) and the objections thereto (document 32). I have reviewed de novo the issues raised by the objections.

The report and recommendation correctly concludes that petitioner cannot properly pursue a belated appeal. Moreover, petitioner would not have been allowed to appeal, even if he had filed a timely notice of appeal, without a certificate of appealability. *See* 28 U.S.C. §2253(c)(1). A certificate of appealability may be issued only if a petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). *See Miller-El v.*

*Cockrell,* 537 U.S. 322, 335-38, 123 S. Ct. 1029, 154 L. Ed. 2d 931 (2003) (explaining meaning of this term); *Slack v. McDaniel*, 529 U.S. 473, 483-84, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000) (same); *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S. Ct. 3383, 77 L. Ed. 2d 1090 (1983); *see also Williams v. Taylor*, 529 U.S. 362, 402-13, 120 S. Ct. 1495, 146 L. Ed. 2d 389 (2000) (setting forth standards applicable to §2254 petitions on the merits).  As the Court said in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'"

*Slack*, 529 U.S. at 483-84, *quoting Barefoot*, 463 U.S. at 893 n.4.  Further, in order to obtain a certificate of appealability when dismissal is based on procedural grounds, a petitioner must show, "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Slack*, 529 U.S. at 484.

In the case at bar, for the reasons set forth in the magistrate judge's original report and recommendation (document 20), as adopted by the court (document 23),

petitioner has failed to make the required showing. A certificate of appealability therefore would not have been issued, and petitioner thus would not have been able to appeal, even if he had filed a timely notice of appeal.

Accordingly,

IT IS ORDERED:

The second report and recommendation (document 31) is ACCEPTED and adopted as the opinion of the court. Petitioner's motion for belated appeal (document 30) is DENIED.

SO ORDERED this 25th day of September, 2006.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge